IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    CRIMINAL ACTION NO.: 5:23-CR-188
                                        HONORABLE JOSEPH R. GOODWIN

MARK HOLDREN,
COREY SNYDER,
JOHNATHAN WALTERS,
And
CHAD LESTER,

      Defendants.

## DEFENDANT CHAD LESTER'S PROPOSED VOIR DIRE QUESTIONS

1.    Some witnesses in this trial will be law enforcement officers from the State of West Virginia and the Federal Bureau of Investigation. Would any of you tend to believe the testimony of law enforcement officers MORE than other witnesses because they are employed in law enforcement? Would any of you tend to believe the testimony of a law enforcement officer LESS than other witnesses because they are law enforcement?

2.    This case has been reported in the media including on TV and in newspapers. Have any of you seen news broadcasts or read articles about this case? If you have had exposure to news coverage of this case, have you formed an opinion about the guilt or innocence of those involved in this matter? [OUT OF PRESENCE OF OTHER JURORS.] What is that opinion?] Do you firmly believe that, even though you have been exposed to such news coverage and/or have formed an opinion as to the guilt or innocence of those involved, that you can serve as a juror and consider only the evidence presented in the trial and the instructions of this Court in deliberating on a verdict?

1

3. In general, from which sources of information do you get your news information? From newspapers? From television? If so, which channels? Any of the following networks: CBS, ABC, FOX or CNN? From any cable news networks? If so, which networks? Any of the following: CNN, ONE AMERICA, MSNBC, FOX, CHEDDAR, or other, please specify.

                                      **Chad Lester**
                                      By Counsel,

                                      */s/ S. Benjamin Bryant*
                                      S. Benjamin Bryant, WV State Bar No. 520

**BRYANT LAW**
**PO BOX 1104**
**CLENDENIN, WV 25045**
**(304) 590-4766**
ben@bryantlawwv.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

| | |
|---|---|
| v. | CRIMINAL ACTION NO.: 5:23-CR-188<br>HONORABLE JOSEPH R. GOODWIN |

**MARK HOLDREN,**
**COREY SNYDER,**
**JOHNATHAN WALTERS,**
**And**
**CHAD LESTER,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of December 2024 I electronically filed the foregoing ***Defendant Chad Lester's Voir Dire*** with the Clerk of the Court via the CM/ECF system which will send notification to the following:

Christine M. Siscaretti, Esq.
Tenette R. Smith, Esq.
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue
Washington, D.C., 20530

Matthew Tannebaum, Esq.
Department of Justice
Civil Rights Division
Room 7.1128
150 M Street, NE
Washington, D.C. 20530

William S. Thompson, United States Attorney
Monica D. Coleman, Esq.
United States Attorney's Office
300 Virginia Street, East
Suite 400
Charleston, WV 25301

                                              */s/ S. Benjamin Bryant*
                                              S. Benjamin Bryant, WV State Bar No. 520

**BRYANT LAW**
**PO B**OX **1104**
**C**LENDENIN**, WV 25045**

**(304) 590-4766**
ben@bryantlawwv.com