IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.                                            CRIMINAL ACTION NO. 5:23-cr-00188-4

CHAD LESTER

**ORDER**

Pending is the motion to continue the trial by the defendant [ECF No. 226] on the grounds that additional time is needed for trial preparation. The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, the court **GRANTS** the unopposed motion [ECF No.226] for continuance. The trial, previously scheduled for December 10, 2024, is **CONTINUED** to **January 22, 2025**, **at 8:30 a.m., in Beckley**. The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **January 15, 2025**.

The court **FINDS** that the time between December 10, 2024, and January 22, 2025, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: December 5, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE