IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.	CRIMINAL ACTION NO. 5:23-cr-00188-4

CHAD LESTER

**ORDER**

From January 22, 2025, to January 27, 2025, the court held a trial in this matter. Consistent with the court's ruling made on the record, the court **ADJUDGES** the defendant, Chad Lester, guilty, and he now stands convicted of tampering with witness in violation of 18 U.S.C. § 1512(k) as charged in Count Four of the Indictment; intimidation or force against witness of 18 U.S.C. § 1512(b)(3) as charge in Count Five of the Indictment; and false statements in violation of 18 U.S.C. § 1001 in as charged in Court Fourteen of the Indictment.

The court **ORDERS** that the Probation Office prepare and forward a draft presentence report to the United States and counsel for the defendant no later than **March 5, 2025**; that the United States Attorney and counsel for the defendant file objections to the draft presentence report no later than **March 19, 2025**; that the Probation Office submit a final presentence report to the court no later than **April 2, 2025**; and that the United States and counsel for the defendant file a sentencing memorandum no later than **April 9, 2025**. In their respective sentencing memoranda, the court **ORDERS** the United States and counsel for the defendant to offer any evidence or argument related to a requested sentence or sentencing range in light of *Gall v. United States*, 552

–1–

U.S. 38 (2007). The court **SCHEDULES** final disposition of this matter for **April 16, 2025, at 10:00 a.m., in Charleston, West Virginia.**

The court **ORDERS** the defendant detained pending sentencing. The court **DIRECTS** that the defendant be committed to the custody of the United States Marshal for confinement. The court further **DIRECTS** that the defendant be afforded reasonable opportunity for private consultation with counsel. Finally, the court **DIRECTS** that, on order of a court of the United States or on request of an attorney for the United States, the person in charge of the correction facility in which the defendant is confined deliver the defendant for the purpose of an appearance in connection with court proceedings.

The court **DIRECTS** the Clerk to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: February 7, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE