IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CIVIL ACTION NO.: 5:23-CR-188
                                            HONORABLE JOSEPH R. GOODWIN

MARK HOLDREN,
COREY SNYDER,
JOHNATHAN WALTERS,
And
CHAD LESTER,

    Defendants.

## DEFENDANT CHAD LESTER'S MOTION TO CONTINUE SENTENCING

Defendant, Chad Lester, by counsel, moves the Court to continue the sentencing from April 16, 2025, to a date in mid to late May 2025. Mr. Lester and his counsel need the continuance to better prepare for sentencing. Mr. Lester has been fully informed of his rights under the Speedy Trial Act, the Constitution and other law and personally requests the continuance sought and waives his rights thereunder.

                                                            **Chad Lester**
                                                            By Counsel,

                                                            */s/ S. Benjamin Bryant*
                                                           S. Benjamin Bryant, WV State Bar No. 520

**BRYANT LAW**
**PO Box 1104**
**Clendenin, WV 25045**
**(304) 590-4766**
ben@bryantlawwv.com

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                **CIVIL ACTION NO.: 5:23-CR-188
HONORABLE JOSEPH R. GOODWIN**

**MARK HOLDREN,
COREY SNYDER,
JOHNATHAN WALTERS,
And
CHAD LESTER,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify on the 25th day of March 2025, I electronically filed the foregoing ***Defendant Chad Lester's Motion to Continue Sentencing*** with the Clerk of the Court via the CM/ECF system which will send notification to the following:

Christine M. Siscaretti, Esq.
Tenette R. Smith, Esq.
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue
Washington, D.C., 20530

John J. Frail, Assistant US Attorney
United States Attorney's Office
300 Virginia Street, East
Suite 400
Charleston, WV 25301

Patrick Fidler
Senior U.S. Probation Officer
U.S. Probation Office
300 Virginia Street, East
Suite 1200
Charleston, WV 25301

/s/ S. Benjamin Bryant
S. Benjamin Bryant, WV State Bar No. 520

**BRYANT LAW**
**PO B**OX **1104**
**C**LENDENIN**, WV 25045**
**(304) 590-4766**
ben@bryantlawwv.com