# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:23-CR-00188-4

CHAD LESTER

## UNITED STATES' RESPONSE TO DEFENDANT CHAD LESTER'S MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America, by John J. Frail, Assistant United States Attorney for the Southern District of West Virginia, and files this response to defendant Chad Lester's Motion to Continue the Sentencing Hearing currently scheduled for April 16, 2025. As grounds for this motion, the government offers the following:

1. A sentencing hearing for Chad Lester is currently scheduled in this case for April 16, 2025, at 10:00 a.m. in Charleston.

2. The government was informed by the probation department that it may seek a continuance based on the need to incorporate defendant's PSR objections which it had not received by the deadline.

3. The government has informed the probation department and defense counsel that it is amenable to a short continuance based on the probation department's need to incorporate defendant's PSR objections.

4. The government has informed the probation department and defense counsel that it is agreeable to a continuance to the week of April 21, 2025, excluding April 22, 2025, as well as April 28, 2025, and April 29, 2025.

5. The defense has since submitted PSR objections to the probation department, and has moved to continue the sentencing in order to better prepare for sentencing.

6. The government does not object to the defendant's request for a continuance However, the government requests a continuance to no longer than 30 days, consistent with the defense request to continue the hearing to mid-May.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:

/s/ John J. Frail
JOHN J. FRAIL
Assistant United States Attorney
Chief – Criminal Division
WV Bar No. 6968
300 Virginia Street, East Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5104
Email: john.frail@usdoj.gov


MAC WARNER
DEPUTY ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

/s/Christine M. Siscaretti
Deputy Chief of Operations
U.S. Department of Justice

/s/Tenette Smith
Tenette Smith
Trial Attorney
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-9605
E-mail: christine.siscaretti@usdoj.gov

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES' RESPONSE TO DEFENDANT CHAD LESTER'S MOTION TO CONTINUE SENTENCING HEARING" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 28th day of March, 2025 to:

**Benjamin Bryant**
PO Box 1104
Clendenin, WV 25045
Phone: 304-590-4766
Email: ben@bryantlawwv.com

**John A. Kessler**
P. O. Box 913
Charleston, WV 25323
304-345-1234
Email: jakessler@csdlawfirm.com

/s/ John J. Frail
JOHN J. FRAIL
Assistant United States Attorney
Chief – Criminal Division
WV Bar No. 6968
300 Virginia Street, East Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5104
Email: john.frail@usdoj.gov

MAC WARNER
DEPUTY ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

/s/Christine M. Siscaretti
Deputy Chief of Operations
U.S. Department of Justice
/s/Tenette Smith

Tenette Smith
Trial Attorney
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-9605
E-mail: christine.siscaretti@usdoj.gov