IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:23-cr-00188-4

CHAD LESTER

ORDER

Pending before the court is the defendant's unopposed Motion to Continue Sentencing Hearing, [ECF No. 267]. For good cause shown, the sentencing hearing previously scheduled in this matter for April 16, 2025, is **CONTINUED to May 15, 2025, at 1:00 p.m.** The dates regarding the presentence report are amended as follows:

1. The Probation Office shall submit a final presentence report to the court no later than **May 1, 2025,** and

2. The United States Attorney and counsel for the defendant shall file a sentencing memorandum no later than **May 8, 2025**.

The court **DIRECTS** the Clerk to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: March 31, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE