**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                          **CRIMINAL NO.: 5:23-CR-188-4**
                                         **HONORABLE JOSEPH R. GOODWIN**

**CHAD LESTER,**

        **Defendant.**

**<u>DEFENDANT CHAD LESTER'S NOTICE OF APPEAL</u>**

**NOTICE i**s hereby given that Defendant Chad Lester, by and through counsel, S. Benjamin Bryant, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Final Judgment entered on May 15, 2025, including his convictions and sentence.[1]

                                  **Chad Lester**
                                  By Counsel,

                                  */s/ S. Benjamin Bryant*
                                  S. Benjamin Bryant, WV State Bar No.  520

**BRYANT LAW
PO Box 1104
Clendenin, WV 25045
(304) 590-4766**
ben@bryantlawwv.com

---

[1] Mr. Lester will file an appropriate application for leave to file his appeal without pre-payment of filing fees.  He will require Court appointed counsel to represent him on his appeal to the Fourth Circuit.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                       **CRIMINAL NO.: 5:23-CR-188-4
HONORABLE JOSEPH R. GOODWIN**

**CHAD LESTER,**

      **Defendant.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 28th  day of May 2025, I electronically filed the foregoing

***Notice of Appeal*** with the Clerk of the Court via the CM/ECF system which will send

notification to the following:

Christine M. Siscaretti, Esq.
Tenette R. Smith, Esq.
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue
Washington, D.C., 20530

John J. Frail, Assistant US Attorney
United States Attorney's Office
300 Virginia Street, East
Suite 400
Charleston, WV  25301

Patrick Fidler
Senior U.S. Probation Officer
U.S. Probation Office
300 Virginia Street, East
Suite 1200
Charleston, WV  25301

*/s/ S. Benjamin Bryant*
S. Benjamin Bryant, WV State Bar No.  520

**BRYANT LAW**
**PO Box 1104**
**Clendenin, WV 25045**
**(304) 590-4766**
ben@bryantlawwv.com